IN THE COURT OF APPEALS OF TENNESSEE
MIDDLE SECTION AT NASHVILLE

CHARLES G. KEY,      )
     )
     Plaintiff/Appellant,      )
     )      Appeal No.
     )      01-A-01-9605-CH-00219
VS.      )
     )      Davidson Chancery
     )      No. 94-3250-II
EDWIN B. RASKIN COMPANY,      )
     )
     Defendant/Appellee.      )

**FILED**

**January 8, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

## ORDER ON PETITION TO REHEAR

The appellant has filed a Petition to Rehear which we have considered

and decline to grant.  It is, therefore, ordered that the Petition to Rehear is overruled

at the cost of the appellant.

ENTER this _____ day of January, 1997.

_____
SAMUEL L. LEWIS, JUDGE


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE